```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :     S2: 19cr0463 (DLC)
                                         :
          -v-                            :         ORDER
                                         :
ANDY GARIBADLI LOPEZ,                    :
                                         :
               Defendant.                :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020

DENISE COTE, District Judge:

Defendant Andy Garibaldi Lopez, who is out on bail, is represented by the Federal Defenders of New York, Jennifer Willis. The defendant's trial is scheduled to begin on December 7, 2020. The defendant's pretrial motions are due September 4, 2020; the Government's opposition is due September 11.

On July 24, Michael J. Nedick, Esq. filed a notice of appearance. Before Ms. Willis is relieved or an appearance by Mr. Nedick is accepted, the Court must make inquiry of the defendant and counsel. Accordingly, it is hereby

ORDERED that a conference is scheduled for Friday, **August 7, 2020** at **11:30 a.m.** in which Ms. Willis, Mr. Nedick, the defendant, and counsel for the Government all must participate.

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **August 3, 2020** at **noon:**

    1) Does the defendant prefer (1) an in-court proceeding in Courtroom 18B, 500 Pearl Street, (2) a videoconference

via the Skype for Business platform, or (3) an audio-only telephone conference?

2) If the defendant prefers a videoconference proceeding but the Skype for Business platform is not reasonably available to the defendant, does the defendant prefer (1) an in-court proceeding in Courtroom 18B, 500 Pearl Street or (2) an audio-only telephone conference?

To determine whether Skype for Business is reasonably available to the defendant, defense counsel and the defendant shall paste the following link into their browsers: https://meet.lync.com/fedcourts-nysd/anthony_sampson/MV7WLJTU. To use this link, you may need to download software to use Skype's videoconferencing features.[1]  Users who do not have an Office 365 account may use the "Join as Guest" option.  When you successfully access the link, you will be placed in a "virtual lobby."

For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.  If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28,

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

2020.[2]  Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

If the defendant prefers a videoconference or telephone conference proceeding, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         July 31, 2020

                                    _____
                                    DENISE COTE
                                    United States District Judge

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

3