```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     S2 19Cr0463-04
                                        :          (DLC)
         -v-                            :
                                        :         ORDER
ANDY GARIBALDI LOPEZ,                   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At a conference held by telephone on August 7, 2020, the Court relieved the Federal Defenders of New York by Jennifer Willis and accepted the appearance of retained counsel Michael Nedick.  Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate Ms. Willis's appearance.

Dated:    New York, New York
          August 7, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2020