```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    S2 19cr463-04(DLC)
            -v-                          :
                                         :         ORDER
ANDY GARIBALDI LOPEZ,                    :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on **January 29, 2021** at **10:00 a.m.** Due to the recent spike in COVID-19 cases, an in-court proceeding may not be available to the defendant. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **Wednesday, January 13**:

> Does the defendant consent to be sentenced through videoconference technology?

If the defendant consents to be sentenced through videoconference technology, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 6, 2021

_____
DENISE COTE
United States District Judge