**MICHAEL J. NEDICK**
**ATTORNEY AT LAW**
888 Grand Concourse
Bronx, New York 10451
718-665-9533

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021

nedicklaw@gmail.com

718-665-9147-fax
917-446-5981-cell

January 15, 2021

Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States of America v. Andy Garibaldi-Lopez
19 Cr. 463 (DLC)

Your Honor:

I most respectfully request that Mr. Garibaldi-Lopez's sentence, which is currently scheduled for January 29, 2021 at 10:00 a.m., be adjourned for approximately three weeks. The reason for this request is that I am still in the process of collecting letters, some of which must be translated from Spanish to English, for your Honor's consideration on behalf of Mr. Garibaldi-Lopez. I have spoken to Assistant United States Attorney Sebastian Swett, and he has no objection to this request.

Thank you for your consideration.

Very truly yours,

MICHAEL J. NEDICK

cc.: AUSA Sebastian Swett

Denied.
Denise Cote
1/15/21