## MICHAEL J. NEDICK
## ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.om                                          718-665-9147-fax

February 9, 2021

Honorable Denise L. Cote
United States District Court
Southern District of New York
Daniel P. Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: United States v. Andy Garibaldi Lopez
       19 Cr. 463 (DLC)

Your Honor;

    On January 29, 2021, the defendant to a term of five years probation. As part of his bond requirements, the defendant was required to surrender his United States passport. On his behalf, I am respectfully requesting that his United States passport be released, as the bond is no longer in effect.

Very truly yours,

MICHAEL J. NEDICK

cc: AUSA Sebastian Swett
    USPO Pamela Flemen

Granted. SO ORDERED.
February 19, 2021

_____
DENISE COTE
United States District Judge