MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com                                            718-665-9147-fax

March 14, 2022

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re: United States of America v. Andy Garibaldi Lopez
        Docket No.: 19 Cr. 463 (DLC)

Your Honor:

    On January 29, 2021, your Honor sentenced Mr. Garibaldi Lopez to a term of five years probation. He has been complying with all the conditions of probation. On February 6, 2022, his grandmother, Carolina Lopez Luna, passed away. As part of the family tradition, his family is holding a celebration of her life in Dominican Republic. On the defendant's behalf, I am requesting permission for him to attend this celebration, which would require him to travel to the Dominican Republic between April 22, 2022 and May 9, 2022. He will be staying at his mother's house at Las matas de santa cruz Montecristi Strees/maximo Gomez # 48.

    I have spoken to AUSA Sheb Swett and Probation Officer Claudell Brehon. Neither one has an objection to this request.

    Thank you for your consideration.

Respectfully submitted,

MICHAEL J. NEDICK

GRANTED.
So Ordered.

March 15, 2022

_____
DENISE COTE
United States District Judge