MICHAEL J. NEDICK
ATTORNEY AT LAW
888 Grand Concourse
Bronx, New York 10451
917-446-5981

nedicklaw@gmail.com                                             718-665-9147-fax

March 21, 2023

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: United States of America v. Andy Garibaldi Lopez
         Docket No.: 19 Cr. 463 (DLC)

Your Honor:

      On January 29, 2021, your Honor sentenced Mr. Garibaldi Lopez to a term of five years probation. He has been complying with all the conditions of probation. On February 6, 2022, his grandmother, Carolina Lopez Luna, passed away. As part of the family tradition on the anniversary of his grandmother's death, his family is holding a celebration of her life in Dominican Republic. On the defendant's behalf, I am requesting permission for him to attend this celebration, which would require him to travel to the Dominican Republic between April 21, 2023 and May 9, 2023. He will be staying at his mother's house at Las matas de santa cruz Montecristi Strees/maximo Gomez # 48.

      I have spoken to AUSA Sheb Swett, and his position is that the Government defers to the Probation Department. I have also spoken to Probation Officer Alexandria Hersh, and she has no objection to this request.

Thank you for your consideration.

*[Handwritten note: Denied. Permission was given in 2022. /s/ Denise Cote 3/22/23]*

Respectfully submitted,

MICHAEL J. NEDICK

cc: USPO Alexandria Hersh